# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HARVEY WILLIAM HUGUNIN,

    Plaintiff,

v.                                Case No: 8:16-cv-1327-T-30TBM

JPMORGAN CHASE BANK, N.A.,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun III (Dkt. #3). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #3) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.	The construed Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2) is DENIED.

3.	The Complaint (Dkt. #1) is DISMISSED without prejudice.

4.	Plaintiff may file an Amended Complaint consistent with the pleading requirements of the Federal Rules of Civil Procedure and pay the required filing fee within twenty (20) days of the date of this Order, failing which this case will be closed without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of August, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Odd\2016\16-cv-1327 adopt 3.docx