# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HARVEY WILLIAM HUGUNIN,

    Plaintiff,

v.                                  Case No: 8:16-cv-1327-T-30TBM

CHASE,

    Defendant.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. This Court entered an Order (Dkt. #4) on August 22, 2016, which dismissed the Complaint without prejudice and allowed Plaintiff to file an Amended Complaint consistent with the pleading requirements of the Federal Rules of Civil Procedure and pay the required filing fee within twenty (20) days of the date of that Order, failing which this case would be closed without further notice. A review of the docket indicates that Plaintiff has failed to file an Amended Complaint and pay the required filing fee. Accordingly, it is

**ORDERED AND ADJUDGED**:

1. This cause is dismissed.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of September, 2016.

                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record